

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00754-CV

**IN THE INTEREST OF J.M.R.**, a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA01940
Honorable Raul Perales, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is unable to afford payment of court costs; no costs are taxed in this appeal.

SIGNED May 3, 2023.

_____
Patricia O. Alvarez, Justice